[No. 14195-1-III.    Division Three.    March 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER JACOBO CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-00034-4, Stephen M. Brown, J., entered July 15, 1994. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 19434-1-II.    Division Two.    March 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELO S. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 3567 37040, Sergio Armijo, J., entered April 4, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Roof, J. Pro Tem.

[No. 19883-5-II.    Division Two.    March 21, 1997.]

DEBORAH ANN DEL VALLE, *Appellant*, v. JOANNE M. WORTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-02506-1, William J. Kamps, J., entered August 14, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.